UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO DIAZ, ET AL.,

    Plaintiff(s)

v.                                      Civil No. 97-2572 (PG)

ELVIN AVILES AROCHO, ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #20 - Notice of Voluntary Dismissal Pursuant Fed. R. Civ. P.41(a)(1) | APPROVED. |

Date: October 19, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge