UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| FRANCISCO DIAZ, ET AL., | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civ. No. 97-2572(PG) |
| | * | |
| ELVIN AVILES AROCHO, ET AL., | * | |
| | * | |
| Defendant | * | |
| | * | |

---

## J U D G M E N T

The Court having approved plaintiff's Notice of Voluntary
Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** and **ADJUDGED** that the instant action is **DISMISSED**
**without prejudice**.

San Juan, Puerto Rico, October __19__, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)

